IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ACACIA BROWN, on behalf of herself individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>TPUSA, INC. D/B/A TPUSA INSURANCE TELESERVICES, TELEPERFORMANCE USA, and TELEPERFORMANCE USA, INC.,<br><br>　　　　Defendants. | **ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL**<br><br>Case No. 2:23-cv-00038-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

　　　　Before the court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice,[1] filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[2] The Notice states that Plaintiff is voluntarily dismissing the above-captioned case without prejudice.[3] Accordingly, the case is hereby DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close the case.

　　　　SO ORDERED this 15th day of March, 2023.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　　United States Chief District Judge

---

[1] Dkt. 17.

[2] *Id.*

[3] *Id.*